JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
cdonewald@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

JS-6

Attorneys for Defendant,
WELLS FARGO BANK, NATIONAL ASSOCIATION
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE INVESTMENTS
II INC., BEAR STEARNS MORTGAGE FUNDING
TRUST 2006-AR-D, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHIN KAZARIAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR3, DOES 1 THROUGH 25,<br><br>    Defendants. | **CASE NO.:** CV-10-4967 R (JCx)<br><br>HON. MANUEL REAL<br><br>**ORDER GRANTING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**DATE:** December 6, 2010<br>**TIME:** 10:00 a.m.<br>**CTRM:** 8<br><br>**Action Filed:** March 4, 2010 |

The Motion of Defendant Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR-3, Mortgage Pass-Through Certificates, Series 2006-AR3 ("Wells Fargo" or "Defendant"), to Dismiss the First Amended

1  Complaint of Plaintiff Oshin Kazarian ("Plaintiff") came regularly for hearing on
2  December 6, 2010, at 10:00 a.m. in Courtroom "8" of the above-entitled Court,
3  located at 312 North Spring Street, Los Angeles, California, the Honorable Manuel
4  Real, presiding.  All appearances were made as noted for the record.
5      The Court, having considered the Motion, Plaintiff's Opposition, and
6  Defendant's Reply brief in support of the Motion, and for the reasons as stated on the
7  record at the time of the hearing, **IT IS HEREBY ORDERED THAT**:
8      1.   Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is
9  granted in its entirety <u>with prejudice</u> because Plaintiff cannot state any claim against
10 Defendant for the reasons set forth in the papers and as stated on the record.
11 **IT IS SO ORDERED.**
12
13 DATED: Dec. 8, 2010
14                                          The Honorable Manuel Real
                                             United States District Court